**STATE of Missouri, Respondent,**

v.

**Charles W. PARKER, Appellant.**

**No. WD 65145.**

Missouri Court of Appeals,
Western District.

Feb. 14, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 2006.

Randall J. Schlegel, Kansas City, MO, for appellant.

Rikki L. Jones, Jefferson City, MO, for respondent.

Before: ROBERT G. ULRICH, P.J., PATRICIA A. BRECKENRIDGE, and JAMES M. SMART, JJ.

## ORDER

PER CURIAM.

Charles Parker appeals the judgment of the trial court denying his application for unconditional release. He contends that because he has recovered his sanity, he is entitled to release from any continued restraint upon his liberty by the Missouri Department of Mental Health as a matter of due process of law. The judgment of the trial court is affirmed. Rule 84.16(b).